**Julio JUVENAL–VALERIO, a.k.a. Rodrigo Gonzalez Urtado, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–73674.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.\*

Filed Feb. 25, 2010.

Julio Juvenal–Valerio, North Hollywood, CA, pro se.

Jeffery R. Leist, Trial, Stacy Stiffel Paddack, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM \*\*

Julio Juvenal–Valerio, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Petitioner's motion to reopen because Petitioner's failure to file the motion to reopen before the expiration of his voluntary departure period rendered him statutorily ineligible for the relief he sought. *See* 8 U.S.C. § 1229c(d); *De Martinez v. Ashcroft*, 374 F.3d 759, 763 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.